IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| ANTHONY J. SMITH and<br>FLYING A.J.'S TOWING COMPANY, LLC, | * | |
| Plaintiffs, | * | |
| -vs- | * | |
| CITY OF JANESVILLE, WISCONSIN;<br>DAVID J. MOORE, in his individual capacity and<br>in his official capacity as Chief of Police of the<br>City of Janesville Police Department;<br>JIMMY G. HOLFORD, JR., in his individual<br>capacity and in his official capacity as Deputy<br>Chief of Police of the City of Janesville Police<br>Department; JIMMY G. HOLFORD III, in his<br>individual capacity and in his official capacity as<br>a sergeant of the City of Janesville Police<br>Department; and JOEL P. MELTON, in his<br>Individual capacity and in his official capacity as<br>a Police Officer of the City of Janesville Police<br>Department; | * | Case No. 18 CV 523 wmc |
| Defendants. | * | |

## NOTICE OF APPEAL

Notice is hereby given that Anthony J. Smith and Flying A.J.'s Towing Company, LLC, plaintiffs in the above-named case, by their attorney, A. Steven Porter, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgement entered in this action on the 17th day of October, 2019.

Dated this 18th day of November, 2019,

                                                 /s/ A. Steven Porter
                                               A. Steven Porter
                                               State Bar No. 01000195

Attorney for Plaintiffs
Anthony J. Smith and
Flying A.J.'s Towing Company, LLC

P.O. Box 7093
Madison, Wisconsin 53707
(608) 662-2285
(608) 819-6466 (fax)
asp5949@gmail.com